UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIKITA ZANITA WATKINS,

                Plaintiff,

-against-

LEAK & WATTS, *et al.*,

                Defendants.

20-CV-0569 (CM)

ORDER DIRECTING PAYMENT OF FEE OR AMENDED IFP APPLICATION

COLLEEN McMAHON, Chief United States District Judge:

    Plaintiff brings this action *pro se*. To proceed with a civil action in this Court, a plaintiff must either pay $400.00 in fees – a $350.00 filing fee plus a $50.00 administrative fee – or, to request authorization to proceed without prepayment of fees, submit a signed IFP application. *See* 28 U.S.C. §§ 1914, 1915.

    Plaintiff submitted an IFP application, but her responses do not establish that she is unable to pay the filing fees. Although Plaintiff states that she is not employed and that she does not have a source of income, she fails to answer any of the questions regarding her living expenses. Because the application does not provide sufficient information regarding her finances and expenses, the Court is unable to determine whether she has sufficient funds to pay the filing fees.

    Accordingly, within thirty days of the date of this order, Plaintiff must either pay the $400.00 in fees or submit an amended IFP application, answering all of the questions on the form. If Plaintiff submits the amended IFP application, it should be labeled with docket number 20-CV-0569 (CM), and address the deficiencies indicated above by providing facts to establish that she is unable to pay the filing fees. If the Court grants the amended IFP application, Plaintiff will be permitted to proceed without prepayment of fees. *See* 28 U.S.C. § 1915(a)(1).

The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket. No summons shall issue at this time. If Plaintiff complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated: January 23, 2020
New York, New York

COLLEEN McMAHON
Chief United States District Judge