UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIKITA Z. WATKINS,

                 Plaintiff,

-against-

LEAK & WATTS, *et al.*,

                 Defendants.

20-CV-0569 (CM)

CIVIL JUDGMENT

Pursuant to the order issued March 3, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice for Plaintiff's failure to submit a completed request to proceed *in forma pauperis* ("IFP application") or pay the $400.00 in filing fees. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   March 3, 2020
          New York, New York

                                                    COLLEEN McMAHON
                                      Chief United States District Judge